Craig T. Byrnes  SBN 204080
THE LAW OFFICE OF CRAIG T. BYRNES
1801 Century Park East, Ste. 1520
Los Angeles, CA  90067
Telephone: (310) 551-6545
Fax: (310) 362-8445

Attorney for Plaintiff KAREN HARDISON

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
OTIS MCGEE JR., Cal. Bar No. 71885
DEBORAH L. MARTIN, Cal. Bar No. 172634
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Vertis, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN HARDISON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VERTIS, Inc., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CIV S-07-1504 LKK/JFM<br><br>STIPULATION AND ORDER RE PRETRIAL SCHEDULING |

Plaintiff Karen Hardison ("Plaintiff") and Defendant Vertis, Inc. ("Vertis" or "Defendant")  (collectively "The Parties") stipulate to the proposed pre-trial schedule stated below, for the reasons explained herein, and jointly submit this stipulation and order regarding pre-trial scheduling issues for the court's consideration:

1  The Parties have engaged in initial discovery in this matter and, upon
2 meeting and conferring in December 2007 regarding the scheduling of depositions
3 of Defendant's witnesses, (who are located in various parts of the United States),
4 agreed to hold further discovery until such time as they could engage in mediation.
5 The Parties agreed to mediate with Mark Rudy, a mediator known to and trusted by
6 counsel for both parties. Mr. Rudy's first available date was February 2, 2008. The
7 Parties engaged in mediation with Mr. Rudy on February 2, 2008, but were unable
8 to resolve the matter. The Parties' ability to resume discovery immediately
9 following mediation was impaired by the fact that in-house counsel for Vertis
10 required surgery in mid-February, and Mr. Byrnes' attendance was/is required in
11 trial for much of the month of March. The Parties continue to meet and confer, in
12 good faith, regarding scheduling depositions in April and have continued to engage
13 in written discovery.

14  Given The Parties' attempt at mediation, and the subsequent scheduling
15 difficulties (surgery and trial), The Parties are unable to meet the scheduling
16 deadlines set forth in the Court's Scheduling Order issued on October 17, 2007, and
17 instead propose the following schedule. While The Parties believe that they can
18 maintain the scheduled trial date of December 16, 2008, they recognize that the
19 court has stated, in its October 17, 2007 order, that the court will not grant a request
20 to change the discovery cutoff date without modifying the pretrial and trial dates,
21 and will accept the court's rescheduling of the trial date if the court deems it
22 necessary.

23  The Parties, by and through their counsel of record, stipulate to the
24 following dates, (and agree that all deadlines dependant on such dates will
25 correspond to the new dates), and request that the Court order same:

26 Discovery Motions Cutoff:    July 3, 2008  (previously March 14, 2008)
   Discovery Cutoff:            August 1, 2008  (previously April 14, 2008)
27 Final Law and Motion:        September 26, 2008 (previously June 14, 2008)
   Final Pretrial Conference:   November 3, 2008 (previously September 15, 2008)
28 Trial                        December 16, 2008 (same as previously set)

1  Dated: March 6, 2008

2                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                          By      /s/
                                                  Otis McGee, Jr.
5                                                 Deborah L. Martin
                                           Attorneys for Defendant Vertis, Inc.
6

7  Dated: March 6, 2008

8                                          LAW OFFICES OF CRAIG T. BYRNES

9

10                                         By      /s/
                                                  Craig T. Byrnes
11                                         Attorneys for Plaintiff Karen Hardison

12

13         Good cause appearing, IT IS HEREBY ORDERED that the following

14 dates shall be replace those dates contained in the Scheduling Order dated October

15 17, 2007, and that all deadlines dependant upon such dates shall correspond to the

16 new dates:

17 Discovery Motions Cutoff:      July 3, 2008

18 Discovery Cutoff:              August 1, 2008

19 Final Law and Motion:          October 10, 2008

20 Final Pretrial Conference:     December 15, 2008 at 2:00 p.m.

21 Trial                          March 24, 2009 at 10:30 a.m.

22

23 Dated: March 14, 2008

24

25                                         LAWRENCE K. KARLTON
                                           SENIOR JUDGE
26                                         UNITED STATES DISTRICT COURT

27

28