1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  KAREN HARDISON, an individual,
                                        NO. Civ.S-07-1504 LKK/JFM
11          Plaintiff,

12      v.                              **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER
13  VERTIS, Inc., a Delaware            NOTIFICATION OF SETTLEMENT**
    corporation, and DOES 1-100,
14  inclusive,

15          Defendants.

16  _____/

17      Counsel for defendant has filed a Notice of Settlement in the

18  above-captioned case.  The court now orders that the dispositional

19  documents disposing of the case be filed no later than twenty (20)

20  days from the effective date of this order.

21      All hearing dates heretofore set in this matter are hereby

22  **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25  ////

26  ////

                                 1

1 CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2       IT IS SO ORDERED.

3       DATED:  October 22, 2008.

4

5

6                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2