SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
OTIS MCGEE JR., Cal. Bar No. 71885
DEBORAH L. MARTIN, Cal. Bar No. 172634
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant Vertis, Inc.

Craig T. Byrnes  SBN 204080
THE LAW OFFICE OF CRAIG T. BYRNES
1801 Century Park East, Ste. 1520
Los Angeles, CA  90067
Telephone: (310) 551-6545
Fax: (310) 362-8445

Attorney for Plaintiff Karen Hardison

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KAREN HARDISON, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>VERTIS, Inc., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. CIV S-07-1504 LKK/JFM<br><br>**Stipulation and Order re Dismissal With Prejudice** |

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be dismissed with prejudice pursuant to FRCP 41(a), with each party bearing its own attorneys' fees and costs incurred in connection with the litigation.

Dated:  October 27, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By   /s/
   Otis McGee, Jr.
   Deborah L. Martin
  Attorneys for Defendant Vertis, Inc.

Dated:  October 27, 2008

LAW OFFICES OF CRAIG T. BYRNES


By   /s/
   Craig T. Byrnes
  Attorneys for Plaintiff Karen Hardison

IT IS HEREBY ORDERED that this lawsuit is dismissed with prejudice, with each party to bear its own fees and costs incurred herein.

Dated:  November 12, 2008


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com